# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS LEE MEDLAR,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendants. | Case No. 2:10-cv-00606-JCM-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATIONS** |

This matter is before the court on Plaintiff's failure to comply with the court's order requiring him to file a signed financial certificate and provide the court with a copy of his inmate trust account statement. On May 3, 2010, the court entered an Order (Dkt. #2) screening Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1), finding it incomplete, and requiring Plaintiff to supplement it within thirty days. Plaintiff has not complied with the Order (Dkt. #2) or requested an extension of time in which to comply.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* be **DENIED** and this action be **DISMISSED** without prejudice to the Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

Dated this 18th day of June, 2010.

                                                                     _____
                                                                      PEGGY A. LEEN
                                                                       UNITED STATES MAGISTRATE JUDGE