1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOUGLAS LEE MEDLAR,

          Plaintiff,

v.

UNITED STATES OF AMERICA,

          Defendant.

2:10-CV-606 JCM (PAL)

**ORDER**

    Presently before the court are the report and recommendation of United States Magistrate Judge Peggy A. Leen.  (Doc. # 4).

    Upon reviewing the plaintiff's failure to comply with the order to file a signed financial certificate and provide a copy of his inmate trust account statement, Judge Leen recommended that plaintiff's action be dismissed without prejudice.  In her report and recommendation, Judge Leen also noted that the plaintiff failed to request an extension of time in which to comply.  (Doc. # 4).

    Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. To date, plaintiff has not filed any objections.

    Upon review of the magistrate judge's findings and recommendation (Doc. # 4) and there not being any objections,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

2  Judge Peggy A. Leen's report & recommendation  (Doc. #4) are AFFIRMED in their entirety.

3  Plaintiff's action is dismissed without prejudice.

4    DATED this 16th day of July, 2010.

5

6  _____

   **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**